# United States Court of Appeals for the Fifth Circuit

_____

No. 25-50772
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
June 12, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JORGE LEON-UTRERA,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:25-CR-1484-1

_____

Before WIENER, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Defendant-Appellant Jorge Leon-Utrera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Leon-Utrera has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50772

reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.